UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERI TUCKER,<br><br>              Plaintiff,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., et al.,<br><br>              Defendants. | 3:09-cv-01499 (CSH)<br><br>**ORDER** |

HAIGHT, Senior District Judge:

Counsel for the parties endorsed a Rule 26(f) report which was entered on the docket on December 17, 2009. [Doc. #16]. Defendants have also moved to transfer the case to Judge Underhill, [Doc. #17], and to dismiss the complaint under Rules 12(b)(1) and 12(b)(6) [Doc. #18]. Both motions were entered on the docket on December 18, 2009. These procedurally bizarre circumstances evoke Stephen Leacock's character: "He flung himself from the room, flung himself upon his horse, and rode off in all directions." *Nonsense Novels* (1911).

The Court will take no action with respect to the parties' Rule 26(f) report or defendants' motion to dismiss the complaint until their motion to transfer the case has been decided. Plaintiff has filed its memorandum in opposition to that motion. [Doc. #20]. The time within which defendants may file a reply brief has not yet elapsed. If no reply brief is submitted, the Court will decide the motion to transfer on the present papers.

It is SO ORDERED.

Dated: New Haven, Connecticut
       December 30, 2009

                                          */s/ Charles S. Haight, Jr.*
                                          Charles S. Haight, Jr.
                                          Senior United States District Judge