## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERI TUCKER,  )<br>　　　Plaintiff,　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　)　CIVIL ACTION NO.<br>　　　　　　　　　　　　　　　　　　　　)　3:09cv1499 (CSH)<br>AMERICAN INTERNATIONAL GROUP, INC., )<br>and NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA,　　　　　)<br>　　　Defendants.　　　　　　　　　　　)　JUNE 23, 2016<br>　　　　　　　　　　　　　　　　　　　　) | |

## STIPULATION OF DISMISSAL

The plaintiff, Teri Tucker, and the defendants, American International Group, Inc. and National Union Fire Insurance Company of Pittsburgh, PA, hereby stipulate to the dismissal of the above-entitled matter, with prejudice, and without costs to either party.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　THE PLAINTIFF,
　　　　　　　　　　　　　　　　　TERI TUCKER

　　　　　　　　　　　　　　　　　By /s/ *Jeffrey S. Bagnell*
　　　　　　　　　　　　　　　　　Jeffrey S. Bagnell, Esq.
　　　　　　　　　　　　　　　　　Federal Bar No. CT18983
　　　　　　　　　　　　　　　　　Lucas Bagnell Varga LLC
　　　　　　　　　　　　　　　　　2425 Post Road
　　　　　　　　　　　　　　　　　Southport, Connecticut 06890
　　　　　　　　　　　　　　　　　Phone: (203) 227-8400
　　　　　　　　　　　　　　　　　Fax: (203) 227-8402 (fax)
　　　　　　　　　　　　　　　　　Email: jbagnell@lbv-law.com
　　　　　　　　　　　　　　　　　Her Attorneys


　　　　　　　　　　　　　　　　　THE DEFENDANTS,
　　　　　　　　　　　　　　　　　AMERICAN INTERNATIONAL GROUP,
　　　　　　　　　　　　　　　　　INC. AND NATIONAL UNION FIRE
　　　　　　　　　　　　　　　　　INSURANCE COMPANY OF
　　　　　　　　　　　　　　　　　PITTSBURGH, PA

By /s/ *Joseph J. Blyskal*
Joseph J. Blyskal (ct28055)
Gordon & Rees LLP
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
Phone: (860) 278-7448
Fax: (860) 560-0185
Email: jblyskal@gordonrees.com
Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on June 23, 2016, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

BY  */s/ Joseph J. Blyskal*
Joseph Blyskal (ct28055)
Gordon & Rees LLP
95 Glastonbury Blvd., Ste 206
Glastonbury, CT 06033
Phone: (860) 278-7448
Fax: (860) 560-0185
Email: jblyskal@gordonrees.com